In the Matter of the Proceedings, etc., for the Elimination of the Existing Highway Railroad Crossing at Grade of the Railroad Operated by THE PENNSYLVANIA RAILROAD COMPANY and JAMISON-EAST ELMA COUNTY HIGHWAY No. 925, etc., in the Town of Elma, Erie County. (Case No. 6004.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

In the Matter of H. NILE EDDY, an Attorney.— Application for termination of suspension granted. [See 249 App. Div. 449; 251 id. 797.] Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of an ADOPTION OF A RULE FOR THE ADMISSION OF ATTORNEYS AND COUNSELORS AT LAW IN THE FOURTH JUDICIAL DEPARTMENT.—" The Justices of the Appellate Division of the Supreme Court in the Fourth Judicial Department do hereby adopt the following rule for the admission of Attorneys and Counselors at Law in this Department. An application to the Appellate Division of the Supreme Court in the Fourth Judicial Department for admission as an Attorney and Counselor at Law on blank forms furnished by the clerk must be filed with the clerk of the Appellate Division at least thirty days before the beginning of the term of Court at which the applicant seeks to be admitted. The application, if in due form, shall be forthwith referred by the clerk to the Committee on Character and Fitness of the Judicial District where the applicant resides, and the Committee shall have at least thirty days for examination as to the character and fitness of the applicant before returning the application to the clerk with the report of the Committee thereon. This rule shall take effect immediately."